IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THERESA J. HENSON KAYMAK | : | CIVIL ACTION |
| *on behalf of herself and all others* | : | |
| *similarly situated* | : | No. 10-6532 |
| | : | |
| v. | : | |
| | : | |
| AAA MID-ATLANTIC, INC. | : | |

**ORDER**

AND NOW, this 7th day of September, 2012, it is ORDERED Defendant AAA Mid-Atlantic, Inc.'s Revised Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Rule 12(b)(1) (Document 42) is GRANTED. Plaintiff's Amended Complaint is DISMISSED with prejudice. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.